UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,　　　　:

　　　　- against -　　　　　　　　:　　　**ORDER**

BASHIR NOORZAI,　　　　　　　　　:　　　05 Cr. 19 (DC)

　　　　　　　　Defendant.　　　　:

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

**CHIN, District Judge**

　　　　The Court has decided not to use a written questionnaire to select the jury, as the advantages of using such a questionnaire are outweighed by the disadvantages. See United States v. Tomero, 486 F. Supp. 2d 320, 324 (S.D.N.Y. 2007) ("Whether to use a jury questionnaire is within the discretion of the Court."). The Court will discuss the alternative requests in Noorzai's letter dated July 16, 2008, at the next conference.

　　　　SO ORDERED.

Dated:　　New York, New York
　　　　　July 17, 2008

　　　　　　　　　　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　DENNY CHIN
　　　　　　　　　　　　　　　　　　　　United States District Judge