```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

         - against -              :           ORDER

BASHIR NOORZAI,                   :           1:05 Cr. 00019 (DC)

         Defendant.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge:**

On May 4, 2021, defendant Bashir Noorzai moved for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and § 4205(g) as modified by the First Step Act. Dkt. No. 219. It is hereby ORDERED as follows:

(1) The Government shall respond to the motion by Wednesday, May 26, 2021; and

(2) If Mr. Noorzai wishes to submit reply papers, he shall do so by Monday, June 7, 2021.

SO ORDERED.

Dated:    New York, New York
          May 4, 2021

                                    ____/s/ Denny Chin_____
                                    DENNY CHIN
                                    United States Circuit Judge
                                    Sitting by Designation