UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - v. - | : | **SEALED** <br> **ORDER** |
| BASHIR NOORZAI, | : | 05 Cr. 19 (DC) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the application of Damian Williams, United States Attorney for the Southern District of New York, by George D. Turner, Assistant United States Attorney, made to this Court by Affirmation dated September 15, 2022, and pursuant to the All Writs Act, 28 U.S.C. § 1651, it is hereby

ORDERED that:

1. The Bureau of Prisons ("BOP"), and the Warden of FCI Cumberland in Cumberland, Maryland ("FCI Cumberland"), shall allow personnel of the U.S. Marshals Service ("USMS") to remove BASHIR NOORZAI ("NOORZAI") (BOP Register Number 57722-054) from FCI Cumberland on September 15, 2022, or any day thereafter until September 25, 2022.

2. The USMS shall keep NOORZAI in its custody, and shall be responsible for the safekeeping and welfare of NOORZAI, unless and until the President of the United States executes the clemency power under Article II of the U.S. Constitution with respect to NOORZAI.

3.  The USMS shall return NOORZAI to FCI Cumberland on or before September 25, 2022, unless the President executes the clemency power with respect to NOORZAI during the period in which the USMS has custody of NOORZAI.

4.  This Order and underlying Affirmation shall be maintained under seal until either 24 hours after the release of NOORZAI from USMS custody, or when NOORZAI is returned to FCI Cumberland on or before September 25, 2022, whichever occurs earlier. The Government shall promptly advise the Court upon the occurrence of either event.

Dated: New York, New York
       September 15, 2022

s/Denny Chin
HONORABLE DENNY CHIN
UNITED STATES CIRCUIT JUDGE
SITTING BY DESIGNATION
SOUTHERN DISTRICT OF NEW YORK